IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID LEE MITCHELL,                                                                  PLAINTIFF

v.                                          Civil No. 07-5027

NURSE ANDREA GARRETT,
DEPUTY GRANT,                                                                       DEFENDANTS

## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before July 23, 2007.  Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 4th day of May 2007.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE