IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID LEE MITCHELL                                                                                    PLAINTIFF

v.                                                Civil No. 07-5027

NURSE ANDREA GARRETT,
DEPUTY GRANT                                                                                          DEFENDANTS

### ORDER

Plaintiff has initiated this Section 1983 action pro se and *in forma pauperis*. This Court has previously granted Defendants' Motion to Compel, allowing Plaintiff until an including June 25, 2006 to provide responses to Defendants' Discovery. Defendants state they have propounded interrogatories and Requests for Production to the Plaintiff, including a Medical Authorization. This discovery was sent on March 29, 2007. On May 11, 2007, Defendants sent correspondence to Plaintiff seeking his past-due discovery responses within ten (10) days. Plaintiff has failed to respond or send any further communication and has not filed for a Rule 26 (c) Protective Order. Plaintiff did not respond to discovery by the June 25, 2007 deadline established by this Court. Defendants have now filed a Motion to Dismiss for Plaintiff's failure to prosecute.

The Court is advised that Plaintiff may not have been housed at the Benton County Detention Center when Defendant originally filed its Motion to Compel and the Court issued its Order. However, Plaintiff is shown to currently be incarcerated at that facility. Accordingly, Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on July 18, 2007. Plaintiff is advised that if he fails to comply with the court's order that the defendants may move for the dismissal of this case based on the plaintiff's failure to prosecute the action and plaintiff's failure to obey an order of the court.**

IT IS SO ORDERED this 28th day of June, 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE